# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SABRINA PAGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDUARDO RIVERA, *et al.*, <br><br> Defendants. | Case No. 19–cv–07176–KM–ESK <br><br><br> ORDER |

      **THIS MATTER** having come before the Court for a telephone status conference on January 11, 2021; and the parties having filed a joint status letter on January 8, 2021 (ECF No. 59); and for good cause appearing,

      **IT IS** on this   11th day of **January 2021**   ORDERED that:

      1.   A telephone status conference is scheduled for **April 27, 2021 at 10:00 a.m.** before Magistrate Judge Edward S. Kiel.   The dial in number is 1-888-684-8852 and the access code is 310-0383#.   The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

      2.   The period for fact discovery is extended through **February 15, 2021**. All depositions of fact witnesses must be completed by the close of fact discovery. No fact discovery is to be issued or engaged in beyond that date, except for good cause shown

      3.   All affirmative expert reports shall be served by **March 12, 2021**. All responsive expert reports shall be served by **April 30, 2021**.   Depositions of all experts shall be completed by **May 31, 2021**.   All expert reports shall comport with the form and content requirements set forth in Rule 26(a)(2)(B).   No expert may testify at trial as to any opinions or facts not substantially disclosed in the expert's report.

      */s/ Edward S. Kiel*
      **EDWARD S. KIEL**
      **UNITED STATES MAGISTRATE JUDGE**